B & P RESTAURANT GROUP, LLC, ET AL

VERSUS

DELTA ADMINISTRATIVE SERVICES, LLC, ET AL

NO. 18-CA-442

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

September 30, 2019

Mary E. Legnon
Chief Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Jude G. Gravois, and Stephen J. Windhorst

## DENIED WITHOUT REASONS

**SJW**
**FHW**
**JGG**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

MARY E. LEGNON
INTERIM CLERK OF COURT

CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/30/2019** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY

**MARY E. LEGNON**
INTERIM CLERK OF COURT

**18-CA-442**

**E-NOTIFIED**

Richard B. Ehret (Appellant)          Michael S. Blackwell (Appellee)

**MAILED**

Michael E. Ponder (Other)
Attorney at Law
1342 South Columbine Street
Baton Rouge, LA 70808

Ross A. Ledet (Appellant)
Attorney at Law
400 Poydras Street
Suite 1540
New Orleans, LA 70130

Norman A. Mott, III (Appellee)
Attorney at Law
650 Poydras Street
Suite 2600
New Orleans, LA 70130